## McGee et ux., Appellants, *v.* Leonard.

Argued November 13, 1970. *Dante G. Bertani,* for appellant; *H. Reginald Belden, Jr.,* with him *Stewart, Belden, Sensenich & Herrington,* for appellee.

Order affirmed.

## Mingarelli Unemployment Compensation Case.

*Nellie Mingarelli,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Fred Speaker,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.